```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ALABAMA
                              SOUTHERN DIVISION
```

JANISA ROSANN TURNER,           }
                                }
    Plaintiff                   }
                                }           CIVIL ACTION NO.
vs.                             }
                                }           96-AR-3219-S
CITY OF FAIRFIELD, ET AL.,      }
                                }
    Defendants                  }

**ENTERED**

**JAN 3 0 1997**

## MEMORANDUM OPINION

    This court has for consideration an *in forma pauperis* application by Janisa Rosann Turner accompanying her *pro se* complaint against the City of Fairfield and several other proposed defendants. The application requests that an attorney be appointed for plaintiff but fails to request the right to commence the action without prepayment of fees. Because Ms. Turner is *pro se*, the court deems her to have requested the right to proceed without prepayment of a filing fee and will grant the said request.

    Ms. Turner's lengthy rendition of the problems she perceives in her relations with the various would-be defendants does not constitute the stuff of which a federal constitutional or statutory causes of action can be fashioned, with or without the help of a super lawyer. There is no point to be served by the court's attempting to draft an attorney to do the undoable. Ms. Turner's purported complaint is defective in so many ways that the court

declines to itemize them. The complaint is not susceptible to successful amendment, is frivolous and will be dismissed by separate order.

DONE this 30th day of January, 1997.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE